```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  CHRISTINA M. EASTMAN
    Certified Law Clerk
 4  501 I Street, Suite 10-100
    Sacramento, California 95814
 5  Telephone: (916) 554-2805

 6

 7

 8              THE UNITED STATES DISTRICT COURT

 9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,     )    Case No. S-09-0100 EFB
                                  )
12         Plaintiff,             )    GOVERNMENT'S MOTION TO DISMISS
                                  )    INFORMATION AND
13      v.                        )    ORDER
                                  )
14  YAFIAH WAHIBAH SHAKIRAH NUHA )
      aka ISLA GENTRY,            )    DATE:  July 21, 2009
15                                )    TIME:  2:00pm
           Defendant.             )    JUDGE: Hon. Edmund F. Brennan
16  _____ )

17
         Pursuant to Rule 48(a) of the Federal Rules of Criminal
18
    Procedure, plaintiff United States of America, by and through its
19
    undersigned attorney, hereby moves this Honorable Court for an
20
    Order dismissing Case No. CR. S-09-0100 EFB.
21
    DATED: July 16, 2009             LAWRENCE G. BROWN
22                                   Acting United States Attorney

23                                    /s/ Matthew C. Stegman
                                  By:_____
24                                   MATTHEW C. STEGMAN
                                     Assistant U.S. Attorney
25  SO ORDERED

26  DATED: July 21, 2009.

27                                   _____
                                     EDMUND F. BRENNAN
28                                   UNITED STATES MAGISTRATE JUDGE
```